IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ALYA CHAVEZ<br>  *Plaintiff,* | §<br>§<br>§ | CIVIL ACTION NO.: 7:23-cv-00329 |
| VS. | §<br>§ | (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY<br>  *Defendant.* | §<br>§<br>§<br>§ | |

# NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Defendant State Farm Mutual Automobile Insurance Company ("Defendant State Farm"), pursuant to 28 U.S.C., 1446, filing its Notice of Removal and, for cause, shows as follow:

### I.

Plaintiff Alya Chavez instituted this civil action against Defendant State Farm in the 92nd District Court of Hidalgo County, Texas. True copies of the process and pleadings from the state court litigation are contemporaneously filed with this Notice of Removal.

### II.

This action is properly removable under 28 U.S.C., §1441(a) because the United States District Court has original jurisdiction, pursuant to 28 U.S.C., §1332(a). This action is timely removable pursuant to 28 U.S.C., §1446(b). Defendant first received notice of this suit when it was served with Citation and Plaintiff's Original Petition on September 5, 2023, and this removal notice is filed within 30 days thereafter.

### III.

The plaintiff is a natural person and resident of the State of Texas. Defendant State Farm Mutual Automobile Insurance Company is a corporation incorporated in the State of Illinois, with its principal place of business in the State of Illinois. Therefore, there is diversity of citizenship between the parties.

**IV.**

Plaintiff's Petition seeks compensation for bodily injuries and property damage, and also seeks attorney fees and "statutory penalties as set out in the Texas Insurance Code."

Plaintiff's Petition states that plaintiff seeks to recover "a sum over $250,000.00, but not more than $1,000,000.00." Additionally, before filing suit against State Farm, plaintiff asserted that her "Total Specials" were "$299,060.00" and demanded "the policy limits available under the Uninsured Motorist Bodily Injury provisions of the subject policy." Exh. 1.

In an action for declaratory judgment concerning an insurance policy, the amount in controversy may be measured by the value of the policy. *Payne v. State Farm Mut. Auto. Ins. Co.*, 266 F.2d. 63, 65 (5th Cir. 1959); *citing Carnes & Co. v. Employers' Liability Assurance Corp.*, 101 F.2d. 739 (1939). The per-person Underinsured bodily injury policy limit in this case is $50,000. Exh. 2. In addition to seeking compensation for bodily injury, plaintiff also seeks "imposition of the statutory penalties as set out in the Texas Insurance Code." Attorney fees are also considered in determining the amount in controversy. *Benitez v. Liberty Mut. Fire Ins. Co.*, No. H-12-2989, 2012 U.S. Dist. LEXIS 175132, at *9 (S.D. Tex. 2012); *citing St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998). The amount in controversy satisfies the threshold requirements of 28 U.S.C., §1332(a).

State Farm exercises timely removal jurisdiction.

**V.**

Notice of Removal to the United States District Court has been provided to the 92nd District Court of Hidalgo County, Texas, from which this suit originated, and to counsel for plaintiff.

**WHEREFORE, PREMISES CONSIDERED**, defendant State Farm Mutual Automobile Insurance Company prays that this action be removed to the United States District Court for the Southern District of Texas, McAllen Division; that defendant be afforded judgment that plaintiff takes nothing on all claims as to this defendant; and, for such other and further relief that it may be entitled to receive.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Phone: (956) 428-7495
Fax: (956) 428-2954

By: /s/ Scott T. Clark
　　　SCOTT T. CLARK
　　　State Bar No. 00795896
　　　Federal I.D. No. 21676
　　　*sclark@adamsgraham.com*

Attorney-In-Charge for *Defendant*, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record as follows on this the 26ᵀᴴ day of September 2023:

Richard J. Nava　　　　　　　　　　　　　　　　　*Via E-Filing*
NAVA LAW GROUP
4909 Bissonnett Street, Suite 100
Bellaire, TX 77401

　　　　　　　　　　　　　　　　　　/s/ Scott T. Clark
　　　　　　　　　　　　　　　　　　SCOTT T. CLARK

# EXHIBIT 1



# LAW OFFICE OF FIDEL L. PEÑA, III

505 Angelita Dr. Ste. 15  
Weslaco, Texas 78599

Bus: (956)702-3939  
Fax: (956)686-7959

December 2, 2022

State Farm Insurance  
P.O. Box 106171  
Atlanta, GA 30348

Re:    **Our Client:**         *Alya Chavez*  
        **Date of Incident:**  5/16/2022  
        **Claim #:**             5334V146G  
        **Your client:**        *Sergio Chavez*

### UNINSURED MOTORIST DEMAND FOR PAYMENT LETTER

Dear Sir/Madam :

This letter will serve to provide your company with our Demand for Payment Letter on behalf of **Alya Chavez** under the subject policy which was purchased with your company. On the date of the accident made the basis of this claim, our client was covered under the subject policy purchased from your company. All premiums were current and up to date and our client cooperated fully with your company's investigation of this claim. This case clearly falls within the ambits of an **Uninsured Motorist** claim as the term is defined under said policy.

### FACTS OF THE ACCIDENT

Regarding liability, I ask that you please refer to the enclosed copy of the accident report completed by Trooper E. Pena of the Texas Department of Public Safety, incorporated herein by reference.



(Attach Additional Sheets if Necessary)

Unit 2 was stopped facing east on Earling Road, west of FM 1423. Unit 1 was traveling east on Earling Road behind Unit 2. Unit 1 failed to control its speed striking Unit 2's back distributed with its front distributed.

## INJURIES

Although my client was restrained by her seatbelt at the time of the accident the **STRONG** and **FORCEFUL IMPACT** causing **SERIOUS** and **PERMANENT BODILY INJURIES,** as well as other damages.

Ms. Alya Chavez was initially seen by Dr. Ricardo J. Luna, D.C. for examination and treatment of his condition. My client complained of:

1. Neck pain as constant and dull, worsens with movement.
2. Mid back pain as pressure-like, worsens with movement.
3. Low back pain as constant, pressure-like worsen when lying down
4. Left shoulder pain as constant, pressure-like, worsens when lifting arm.

Ms. Chavez reported upon impact she was violently **jolted side to side**. She began to experience neck, mid back, low back and left shoulder pain. None of these symptoms were present prior to accident.

Ms. Chavez is unable to provide self care and personal hygiene due to her not being able to **put on her shoes, tie shoes, put on her shirt, put on her pants** without discomfort and her condition to carry out daily activities is *severely* limited.

Regarding any kind of physical activity, Ms. Chavez is **unable to stand, walk, sit, recline, stoop, bend at waist, bend back at waist, sit for long periods of time, stand for long periods of time, twist to the right, twist to the left, lean forward, lean back, kneel, kneel for long periods and walk for long periods** without feeling discomfort and her condition has limited her capacity to carry out her daily activities.

Regarding Ms. Chavez functional activities, she is **unable to carry large objects, lift objects off the floor, lift objects off the table, climb up/down stairs, push objects, pull objects and getting out of bed** without severe discomfort and her condition has severely limited her capacity to carry out her daily activities.

Regarding travel and transportation, Ms. Chavez is **unable to drive a motor vehicle and drive a motor vehicle for a long period of time** without discomfort and his condition limits her capacity to carry out daily activities.

Regarding achieving a restful night's sleep, Ms. Chavez states she has noticed a **decreased ability to do due to pain and discomfort.**

Ms. Chavez finds it very difficult to work without **discomfort and or pain and states the she perform his duties under strenuous duress.**

Based on Ms. Chavez diagnosis, she was prescribed a treatment regimen consisting of both passive and active therapeutic procedures along with:

1. Manipulation/Mobilazation
2. Strenghtening/Stretching excercises
3. Intersegment Traction
4. Electrical Muscle Stimulation

    5.    Cryotherapy
    6.    Moist heat

These injuries alone were aggravated by particular movements such as flexion, extension, bilateral lateral flexion and bilateral rotation. Dr. Ricardo J. Luna D.C. has diagnosed Ms. Chavez as suffering from:

1. Sprain of ligaments of cervical spine
2. Strain of neck muscles, fascia, and tendons
3. Sprain of ligaments of thoracic spine
4. Traumatic rupture of lumbar disc
5. Sprain of ligament of lumbar spine
6. Strain of muscle, fascia, and tendons of lower back
7. Muscle spasm of back
8. Sprain of unspecified shoulder joint

An **MRI Left Shoulder without Contrast** performed August 1, 2022 reveled: **1. There is tendinosis of the subscapularis tendon and the musculotendinous junction of the distal supraspinatus muscle. 2. Tear and irregularity of the anterior glenoid labrum is identified**

An **MRI Lumbar Spine without Contrast** performed August 1, 2022 revealed: **1. At the L5-S1 level, posterior 4.4 mm disc protrusion/herniation impinges on the thecal sac and the right more than the left S1 nerve root as they begin to exit the thecal sac on each side with impingement of the L5 nerve root in the right neural foramen. 2. At the L4-5 level, posterior 2.2 mm disc protrusion/herniation impinges on the thecal sac.**

Due to the continuous and excruciating pain Ms. Chavez continued her care with Dr. Yixiang Liu M.D at *911 Pain Management*. Ms. Chavez main complaints were:

1. Left Shoulder pain characterized as intermittent, aching, throbbing and pressure. The pain is aggravated with bending, lifting, sitting for prolonged periods. Sudden movements, driving prolonged periods of time, in the mornings and in the afternoon after work/daily activities. She has found alleviating factors to be resting, changing position and bed rest. On a scale of 1 to 10, the pain level is 7 at its best and 8 at its worst.

2. Low Back pain characterized as constant, aching, throbbing, pressure, tightness and pinching. There is also numbness, tingling, weakness and pain which radiates to the left into her leg. The pain is aggravated with standing for prolonged periods of time, walking, bending, slouching, sitting for prolonged periods. Sudden movements, in the mornings and in the afternoon after work/daily activities. She has found alleviating factors to be resting and stretching. On a scale of 1 to 10, the pain level is 4 at its best and 8 at its worst.

## MEDICAL EXPENSES

As shown in the enclosed medical statements and records Ms. Chavez incurred the undue financial responsibility of the following medical expenses as a result of the accident caused by the adverse driver:

| | |
|---|---|
| All STX Rehab and Chiropractic | $ 5,690.00 |
| Open MRI of McAllen | $6,400.00 |
| 911 Pain Management | $7,670.00 |
| Kay Medical Center | $2,000.00 |
| **Total** | **$21,760.00** |

## SURGICAL RECOMMENDATION

Please note that Ms. Chavez was seen by Orthopedic Surgeon, William F. Donovan, on October 19, 2022 (see enclosed copy of report). It is Dr. Donovan's medical opinion that she is a candidate for the following procedures:

1) TLIF L4-L5, L5-S1- Hospital, implants, surgeon charges, post-surgery rehab    $230,500.00

2) Arthroscopic surgery left shoulder- Hospital, surgeon charge, Post-surgery rehab.    $46,800.00

at an estimated cost of **$277,300.00**. Added to her existing Medical Specials of **$21,760.00** brings her Total Specials to **$299,060.00**.

## DEMAND FOR PAYMENT

It is evident that our client's injuries were derived out of their involvement in the accident made the basis of this claim. All premiums due were paid and current on the date of the accident and our clients have cooperated fully in your company's investigation of this claim as contractually obligated to do so.

Because of all of the above, we are hereby making our demand to settle for the policy limits available under the Uninsured Motorist Bodily Injury provisions of the subject policy, in addition to any benefits due and/or payable under the Personal Injury Protection/Medical Payments provisions of the same policy.

Please be advised that our offer is for settlement purposes. As you are aware time is of the essence in this matter and your response will be due on or before **December 16, 2022 by 5:00 p.m, (Central Standard Time)**. I am looking forward to reaching a mutual agreement to settle this claim.

Thank you for your time and consideration to this matter. If you have any questions, please do not hesitate to contact me at the number set forth herein.

Respectfully,

*Fidel L. Pena III*
**Fidel L. Pena III**
Attorney at Law

# EXHIBIT 2

**State Farm Mutual Automobile Insurance Company**
PO Box 853919
Richardson, TX 75085-3919

83322-2 A          MUTL   VOL

**DECLARATIONS PAGE**

PAGE 1 OF 2

NAMED INSURED
AT2              006863  0058       53-8960-2  A     A
CHAVEZ, PII
6207 REMINGTON ST
DONNA TX  78537-7316

POLICY NUMBER   387 0946-F16-53C
POLICY PERIOD   JAN 07 2022 to JUN 16 2022
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
I/I

AGENT
RAUL RESENDEZ
1510 S SUGAR RD STE 1
EDINBURG, TX 78539-5495

PII = PERSONALLY IDENTIFYING INFORMATION

I/I = IRRELEVANT/IMMATERIAL

PHONE: (956)383-2886

ST-8
0103-0402

DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.

**YOUR CAR**

| VEHICLE | YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|---|
| 1 | I/I | | | | | |
| 2 | I/I | | | | | |
| 3 | I/I | | | | | |
| 4 | 2011 | NISSAN | JUKE | SPORT WG | JN8AF5MR7BT021524 | 303H051000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| | | 2011 NISSAN |
| A | Liability Coverage | I/I |
| | Bodily Injury Limits | |
| | Each Person,  Each Accident | |
| | $50,000        $100,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $50,000 | |
| D | Comprehensive Coverage | |
| G | Collision Coverage - $500 Deductible | |
| H | Emergency Road Service Coverage | |
| R1 | Car Rental and Travel Expenses Coverage | |
| | Limit - Car Rental Expense | |
| | Each Day,   Each Loss | |
| | $50         $1,200 | |
| U | Uninsured/Underinsured Motorists Coverage | |
| | Bodily Injury Limits | |
| | Each Person,  Each Accident | |
| | $50,000        $100,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $50,000 | |
| | **Total Premium Per Auto** | |

Total premium for JAN 07 2022 to JUN 16 2022.            This is not a bill.

CONTINUED

See Reverse Side

06683/06595
I1MX0N    (o1a025se)

**State Farm Mutual Automobile Insurance Company**
PO Box 853919
Richardson, TX 75085-3919

83322-2-A    MUTL  VOL

**DECLARATIONS PAGE**

PAGE 2 OF 2

NAME INSURED    006863 0058    53-8960-2 A    A

CHAVEZ, PII
6207 REMINGTON ST
DONNA TX 78537-7316

POLICY NUMBER    387 0946-F16-53C
POLICY PERIOD    JAN 07 2022 to JUN 16 2022
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
I/I

ST-8
0203-0 02

### IMPORTANT MESSAGES

**INSURANCE WEBSITE NOTICE**
To obtain price and policy form comparisons and other information relating to residential property insurance and personal automobile insurance, you may visit the Texas Department of Insurance/Office of Public Insurance Counsel website:

**www.helpinsure.com.**

**AVISO DEL SITIO WEB DE SEGUROS**
Para obtener formas para la comparación de precios y póliza y para obtener otra información sobre el seguro de propiedad residencial y de seguro de automóvil personal, visite el sitio web del Departamento de Seguros de Texas/Oficina del Asesor Público de Seguros:

**www.helpinsure.com.**

The Auto(s) or Trailer(s) described in this policy is principally garaged at the address shown unless otherwise stated.

Replaced policy number 3870946-53B.

**Your total renewal premium for DEC 16 2021 to JUN 16 2022 is** I/I
Auto 1 I/I, Auto 2 I/I, Auto 3 I/I    Auto 4 $I/I

State Farm works hard to offer you the best combination of price, service, and protection.    The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports including credit history.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

### EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9843A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
CREDITOR- I/I
I/I
CAR 1,2,3,4
6128DV    AMENDATORY ENDORSEMENT.

06684/06595
I3MX0    (o1a025vd)    (o1a0254c)

Agent:    RAUL RESENDEZ
Telephone: (956)383-2886
Prepared    JAN 11 2022    8960-B64